**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SSS ENTERTAINMENT LLC, a Louisiana limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN CANGELOSI, an individual; MARK CANGELOSI, an individual; and DOES 1-10, inclusive<br><br>　　　　Defendants. | No. 2:23-CV-10378-JAK (AJRx)<br><br>**ORDER RE STIPULATED REQUEST FOR DISMISSAL AFTER SETTLEMENT (DKT. 18)**<br><br>**JS-6** |

1

Based on a review of the Stipulated Request for Dismissal After Settlement (the "Request" (Dkt. 18)), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED**.

The above-captioned action is dismissed in its entirety, with prejudice, and without any prevailing party. The parties shall bear their own attorneys' fees and costs. The Court shall retain jurisdiction and have the authority to resolve all disputes arising out of the parties' settlement agreement, dated effective as of March 26, 2024.

**IT IS SO ORDERED.**

Dated: April 09, 2024    _____

John A. Kronstadt

United States District Judge